**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | 4:09-cv-368 |
| OSCAR RENDA, ET AL., | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 30, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States' Motion to Dismiss Counterclaims and to Strike Affirmative Defenses (Dkt. 31) be GRANTED.

The Court, having made a *de novo* review of the objections raised by Defendants as well as Plaintiff's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendants are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

The United States' Motion to Dismiss Counterclaims and to Strike Affirmative Defenses (Dkt. 31) is GRANTED.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of September, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE